JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ALICE MAYALL, as parent and guardian of minor H.C., on behalf of H.C. and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USA Water Polo, Inc.,<br><br>Defendant. | Case No. SACV 15-0171 AG (RNBx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated: August 26, 2016

_____
Hon. Andrew J. Guilford
United States District Judge