Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH CARLSON, individually and on behalf of H.C. and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USA WATER POLO, INC.,<br><br>Defendant. | Case No. 8:15-cv-00171-SB-KES<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff HANNAH CARLSON and Defendant USA WATER POLO, INC. hereby jointly stipulate that the above-captioned action be dismissed with prejudice. No admission of liability has been made. Each party agrees to bear their own fees and costs.

WE SO STIPULATE.

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2020 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| 2 | | |
| 3 | | By: */s/ Jeffrey M. Lenkov* |
| 4 | | Jeffrey M. Lenkov, Esq. (SBN 156478)<br>*jml@manningllp.com*<br>Steven J. Renick, Esq. (SBN 101255) |
| 5 | | *sjr@manningllp.com*<br>Derik A. Sarkesians, Esq. (SBN 311617) |
| 6 | | *das@manningllp.com*<br>801 South Figueroa Street, 15th Floor |
| 7 | | Los Angeles, CA 90017<br>Telephone: (213) 624-6900 |
| 8 | | Facsimile: (213) 624-6999 |
| 9 | | |
| 10 | | *Attorneys for Defendant USA Water Polo, Inc.* |
| 11 | Dated: December 11, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 | | |
| 13 | | By: */s/ Daniel J. Kurowski*<br>Steve W. Berman (*pro hac vice*) |
| 14 | | *steve@hbsslaw.com*<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 15 | | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |
| 16 | | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 |
| 17 | | |
| 18 | | Christopher Pitoun (SBN 290235)<br>*christopherp@hbsslaw.com* |
| 19 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 20 | | 301 N. Lake Ave., Suite 920<br>Pasadena, CA 91101 |
| 21 | | Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel J. Kurowski (*pro hac vice*)
*dank@hbsslaw.com*
Whitney K. Siehl (*pro hac vice*)
*whitneys@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

*Attorneys for Plaintiff Hannah Carlson,
individually and on behalf of all others
similarly situated*

## ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          */s/ Daniel J. Kurowski*
          DANIEL J. KUROWSKI

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                           */s/ Daniel J. Kurowski*
                                           DANIEL J. KUROWSKI